UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Petitioner,<br><br>v.<br><br>FUTURE INCOME PAYMENTS, LLC,<br><br>Respondent. | Case No. 8:17-cv-00303-JLS-SS<br><br>**ORDER TO SHOW CAUSE** |

1

     The Petitioner, the Consumer Financial Protection Bureau (Bureau), having filed a Petition to Enforce Civil Investigative Demand (CID) against Respondent Future Income Payments, LLC, the Court having considered the Petition and documents filed in support thereof, and good cause having been shown, the Court being fully advised in this matter, and there being no just cause for delay:

     IT IS HEREBY ORDERED that on March 24, 2017 at 2:30 P.M., or as soon thereafter as the parties can be heard, the Respondent shall appear before the Honorable Josephine L. Staton, United States District Judge, in Courtroom 10A, located at 411 W. Fourth Street, Santa Ana, CA, 92701 to show cause, if there be any, why an Order Compelling Compliance with CID should not be granted in accordance with the Petition filed by the Bureau.

     IT IS FURTHER ORDERED that Petitioner serve Respondent with a copy of this Order **within three days**.

     IT IS FURTHER ORDERED that Respondent file and serve any papers in opposition to the Bureau's Petition on or before **March 10, 2017**, and that the Bureau file and serve any reply papers on or before **March 17, 2017**.

Dated: February 28, 2017            _____

                                          HON. JOSEPHINE L. STATON
                                          U.S. DISTRICT JUDGE