CHRISTOPHER JONES (admitted *Pro Hac Vice*)
cjones@wcsr.com
SAMUEL B. HARTZELL (admitted *Pro Hac Vice*)
shartzell@wcsr.com
**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Tel: (919) 755-2112
Fax: (919) 755-6772

ISABELLE L. ORD (BAR NO. 198224)
isabelle.ord@dlapiper.com
JULIA M. BRIGHTON (BAR NO. 280418)
julia.brighton@dlapiper.com
JESSE STEINBACH (BAR NO. 278923)
jesse.steinbach@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Attorneys for Respondent
FUTURE INCOME PAYMENTS, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Petitioner,<br><br>v.<br><br>FUTURE INCOME PAYMENTS, LLC,<br><br>Respondent. | CASE NO. 8:17-cv-00303-JLS-SS<br><br>**REQUEST FOR JUDICIAL NOTICE AND DECLARATION OF SAMUEL B. HARTZELL IN SUPPORT OF MOTION FOR STAY OF ACTION BY RESPONDENT FUTURE INCOME PAYMENTS, LLC** |

I, Samuel B. Hartzell, declare as follows:

1. I am an attorney admitted to practice in North Carolina and New York. I appear in this case *pro hac vice*. I am an associate in the law firm Womble Carlyle Sandridge & Rice, LLP, and counsel to Respondent Future Income Payments, LLC ("FIP") in this action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto. I submit this declaration to authenticate documents for the Request for Judicial Notice in support of FIP's Motion for Stay.

2. FIP respectfully requests that the Court take judicial notice of the following records of the U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the District of Columbia Circuit, U.S. District Court for the Central District of California, U.S. District Court for the District of Columbia, and U.S. District Court for the District of Massachusetts:

    a. Complaint, Dkt. No. 1, *CFPB v. CashCall, Inc.*, No. 1:13-cv-13167-GAO (D. Mass. filed Dec. 16, 2013). A true and correct copy of this document is attached hereto as <u>Exhibit A</u>.

    b. Opinion and Order, Dkt. No. 62, *CFPB v. CashCall, Inc.*, No. 1:13-cv-13167-GAO (D. Mass. Sept. 23, 2015). A true and correct copy of this document is attached hereto as <u>Exhibit B</u>.

    c. Defendants' Notice of Motion and Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof, Dkt. No. 139, *CFPB v. CashCall, Inc.*, No. 2:15-cv-07522-JFW-RAO (C.D. Cal. filed June 30, 2016). A true and correct copy of this document is attached hereto as <u>Exhibit C</u>.

    d. Defendants' Notice of Motion and Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and Stay Pending Resolution of Interlocutory Appeal, Dkt. No. 227, *CFPB v. CashCall, Inc.*, No. 2:15-cv-07522-JFW-RAO (C.D. Cal. filed Dec. 5, 2016). A true and correct copy of this document is attached hereto as <u>Exhibit D</u>.

e. Statement of Decision re Defendants' Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and Stay Pending Resolution of Interlocutory Appeal, Dkt. No. 236, *CFPB v. CashCall, Inc.*, No. 2:15-cv-07522-JFW-RAO (C.D. Cal. Jan. 3, 2017). A true and correct copy of this document is attached hereto as Exhibit E.

f. Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b), Dkt. No. 1-2, *CFPB v. CashCall, Inc.*, No. 17-80006 (9th Cir. filed Jan. 13, 2017). A true and correct copy of this document is attached hereto as Exhibit F.

g. Respondent's Answer to Petition for Permission to Appeal, Dkt. No. 4-1, *CFPB v. CashCall, Inc.*, No. 17-80006 (9th Cir. filed Jan. 23, 2017). A true and correct copy of this document is attached hereto as Exhibit G.

h. Motion for Leave to File Reply in Support of Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b), Dkt. No. 5-1, *CFPB v. CashCall, Inc.*, No. 17-80006 (9th Cir. filed Feb. 2, 2017). A true and correct copy of this document is attached hereto as Exhibit H.

i. Memorandum Supporting Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. No. 7-1, *John Doe Co. v. CFPB*, No. 1:17-cv-00049-RC (D.D.C. filed Jan. 10, 2017). A true and correct copy of this document is attached hereto as Exhibit I.

j. Stipulated Order, Dkt. No. 13, *John Doe Co. v. CFPB*, No. 1:17-cv-00049-RC (D.D.C. Jan. 12, 2017). A true and correct copy of this document is attached hereto as Exhibit J.

k. Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. No. 23-1, *John Doe Co. v. CFPB*, No. 1:17-cv-00049-RC (D.D.C. filed Feb. 3, 2017). A true and correct copy of this document is attached hereto as Exhibit K.

l. Defendants' Opposition to Plaintiff's Motion to Proceed Under Pseudonym, Dkt. No. 23-3, *John Doe Co. v. CFPB*, No. 1:17-cv-00049-RC (D.D.C.

1  filed Feb. 3, 2017). A true and correct copy of this document is attached hereto as
2  Exhibit L.

3       m.    Transcript of Hearing on Temporary Restraining Order before
4  the Honorable Rudolph Contreras on February 9, 2017, *John Doe Co. v. CFPB*, No.
5  1:17-cv-00049-RC (D.D.C. Feb. 9, 2017). This Transcript is reproduced on pages
6  22 through 63 of the Appendix to Appellant's Emergency Motion for an Injunction
7  Pending Appeal, Doc. No. 1662738, *John Doe Co. v. CFPB*, No. 17-5026 (D.C.
8  Cir. filed Feb. 23, 2017). A true and correct copy of this transcript as reproduced is
9  attached hereto as Exhibit M.

10       n.    Defendants' Post-Hearing Notice, Dkt. No. 24, *John Doe Co. v.*
11 *CFPB*, No. 1:17-cv-00049-RC (D.D.C. filed Feb. 9, 2017). A true and correct copy
12 of this document is attached hereto as Exhibit N.

13       o.    Transcript of Hearing on Temporary Restraining Order before
14 the Honorable Rudolph Contreras on February 17, 2017, *John Doe Co. v. CFPB*,
15 No. 1:17-cv-00049-RC (D.D.C. Feb. 17, 2017). This Transcript is reproduced on
16 pages 64 through 78 of the Appendix to Appellant's Emergency Motion for an
17 Injunction Pending Appeal, Doc. No. 1662738, *John Doe Co. v. CFPB*, No. 17-
18 5026 (D.C. Cir. filed Feb. 23, 2017). A true and correct copy of this transcript as
19 reproduced is attached hereto as Exhibit O.

20       p.    Defendants' Consent Motion for Two-Week Extension of Time
21 to Answer or Otherwise Respond to Plaintiff's Verified Complaint, Dkt. No. 39,
22 *John Doe Co. v. CFPB*, No. 1:17-cv-00049-RC (D.D.C. filed Mar. 6, 2017). A true
23 and correct copy of this document is attached hereto as Exhibit P.

24       q.    Order, Doc. No. 1662261, *John Doe Co. v. CFPB*, No. 17-5026
25 (D.C. Cir. Feb. 21, 2017). A true and correct copy of this document is attached
26 hereto as Exhibit Q.

27       r.    Respondent Consumer Financial Protection Bureau's Petition
28 for Rehearing *En Banc*, Doc. No. 1646917, *PHH Corp. v. CFPB*, No. 15-1177

1  (D.C. Cir. filed Nov. 18, 2016).  A true and correct copy of this document is
2  attached hereto as <u>Exhibit R</u>.
3         s.    Brief of State National Bank of Big Spring, the 60 Plus
4  Association, Inc., and Competitive Enterprise Institute as *Amici Curiae* in Support
5  of Petitioners, Doc. No. 1665571, *PHH Corp. v. CFPB*, No. 15-1177 (D.C. Cir.
6  filed Mar. 10, 2017).  A true and correct copy of this document is attached hereto as
7  <u>Exhibit S</u>.
8      3.    Judicial notice is proper for all of the foregoing documents because
9  they are official records of the U.S. Court of Appeals for the Ninth Circuit, U.S.
10 Court of Appeals for the D.C. Circuit, U.S. District Court for the Central District of
11 California, U.S. District Court for the District of Columbia, or U.S. District Court
12 for the District of Massachusetts.  *See, e.g.*, *Trigueros v. Adams*, 658 F.3d 983, 987
13 (9th Cir. 2011) (Federal courts "may take notice of proceedings in other courts,
14 both within and without the federal judicial system, if those proceedings have a
15 direct relation to matters at issue." (quoting *U.S. ex rel. Robinson Rancheria*
16 *Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992))); *Nat. Res. Def.*
17 *Council v. Sw. Marine, Inc.*, 39 F. Supp. 2d 1235, 1237 n.1 (S.D. Cal. 1999)
18 (noticing the United States' amicus curiae brief in another matter, reasoning that
19 because the brief was not a "'fact,' legal or adjudicative, but only legal argument,
20 Fed. R. Evid. 201 [was] not a bar" to taking judicial notice).
21     4.    FIP requests judicial notice only of the existence of these court
22 records, and not of the truth of their specific contents.  *See Lee v. City of Los*
23 *Angeles*, 250 F.3d 668, 690 (9th Cir. 2001) ("[W]hen a court takes judicial notice of
24 another court's opinion, it may do so 'not for the truth of the facts recited therein,
25 but for the existence of the opinion, which is not subject to reasonable dispute over
26 its authenticity.'" (quoting *S. Cross Overseas Agencies, Inc. v. Wah Kwong*
27 *Shipping Grp. Ltd.*, 181 F.3d 410, 426–27 (3d Cir. 1999))).
28 /////

1      5.     I obtained copies of these documents on March 23, 2017, using the
2 courts' Public Access to Court Electronic Records (PACER) system.
3      I declare under penalty of perjury under the laws of the United States of
4 America that the foregoing is true and correct and that this declaration was executed
5 this 24th day of March, 2017, at Raleigh, North Carolina

7
8                        /s/ *Samuel B. Hartzell*
                            SAMUEL B. HARTZELL