# Exhibit 5
# to Supplemental Declaration of Alanna B. Carbis in Support of Reply Memorandum of Law in Support of Petition to Enforce Civil Investigative Demand and Request for Judicial Notice

MARY ANN SMITH
Deputy Commissioner
SEAN M. ROONEY
Assistant Chief Counsel
AFSANEH EGHBALDARI (State Bar No. 250107)
Counsel
Department of Business Oversight
1350 Front Street, Room 2034
San Diego, CA 92101
Telephone: (619) 645-3166
Facsimile: (619) 525-4045

Attorneys for Complainant

BEFORE THE DEPARTMENT OF BUSINESS OVERSIGHT

OF THE STATE OF CALIFORNIA

| In the Matter of: | |
|---|---|
| THE COMMISSIONER OF BUSINESS OVERSIGHT, | STIPULATION TO DESIST AND REFRAIN ORDER |
| Complainant, | |
| v. | |
| PENSIONS, ANNUITIES AND SETTLEMENTS, LLC, FUTURE INCOME PAYMENTS, LLC, CASH FLOW INVESTMENT PARTNERS, LLC, AND SCOTT A. KOHN, | |
| Respondents. | |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Pensions, Annuities and Settlements, LLC, Future Income Payments, LLC, Cash Flow Investment Partners, LLC, and Scott A. Kohn ("Respondents") and the Commissioner of Business Oversight ("Commissioner"), as follows:

WHEREAS, on March 3, 2015, the Commissioner issued a Desist and Refrain Order to Respondents for engaging in the business of a finance lender or broker without a license from the

-1-

STIPULATION TO DESIST AND REFRAIN ORDER

EXHIBIT 5, 145

Commissioner in violation of California Financial Code Section 22100. (Fin. Code, § 22000 et seq.) Attached hereto as **Exhibit A.** and incorporated herein by reference is a true and correct copy of the Desist and Refrain Order dated March 3, 2015 ("Order").

WHEREAS, on April 3, 2015, Respondents contested the Order by filing a written hearing request.

WHEREAS, the Commissioner and Respondents seek to resolve the concerns of the Commissioner by entering into this Stipulation to Desist and Refrain Order ("Stipulation") without the necessity of a hearing and/or other litigation.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. Respondents admit service of the Order on them; Respondents contested the Order.

2. Respondents do not admit or deny any of the allegations contained in the Order. Nothing in this Stipulation shall be considered as either an express or implied admission of any kind.

3. Respondents acknowledge that the Commissioner granted a hearing in connection with the Order. In consideration of this Stipulation, Respondents voluntarily waive their right to a hearing in relation to the Order for violations of California Financial Code section 22100, et seq. Respondents further waive their right to any reconsideration, appeal, or other right which may be afforded under the California Finance Lenders Law; the Administrative Procedure Act (Govt. Code, § 11370 et seq.); the Code of Civil Procedure (Code of Civ. Proc., § 1, et seq.); or any other provision of law in connection with this matter. The Order and its findings are now final and this Stipulation is intended only to supplement its terms, in settlement of the instant proceeding.

4. The Commissioner and Respondents hereby acknowledge and agree that this Stipulation is intended to constitute a full, final and complete resolution of this matter, including any claim that was raised in the examination that led to this matter, excepting therefrom any claim if such claim is based upon facts not presently known to the Commissioner and which were withheld from the Commissioner by the Respondents.

5. Respondents enter into this Stipulation voluntarily and without coercion and acknowledge that no promises, threats, or assurances have been made by the Commissioner or any officer, or agent thereof, about this Stipulation.

-3-

6. Respondents acknowledge that nothing in this Stipulation shall preclude the Commissioner, or his agents or employees, to the extent authorized by law, from assisting or cooperating in any investigation and/or action brought by any other federal, state or county agency. Respondents further agree that this Stipulation shall not bind or otherwise prevent any other federal, state or county agency from the performance of its duties.

7. This Stipulation does not create any private rights or remedies against the Respondents, create any liability for the Respondents or limit defenses of Respondents for any person or entity not a party to this Stipulation

8. Each of the parties represents, warrants, and agrees that they have received independent advice from their attorney(s) and/or representatives with respect to the advisability of executing this Stipulation.

9. Each of the parties represents, warrants, and agrees that in executing this Stipulation they have relied solely on the statements set forth herein and the advice of their own attorney(s) and/or representatives. Each of the parties represents, warrants, and agrees that in executing this Stipulation they have placed no reliance on any statement, representation, or promise of any other party, or any other person or entity not expressly set forth herein, or upon the failure of any party or any other person or entity to make any statement, representation or disclosure of anything whatsoever. The parties have included this clause: (1) to preclude any claim that any party was in any way fraudulently induced to execute this Stipulation; and (2) to preclude the introduction of parol evidence to vary, interpret, supplement, or contradict the terms of this Stipulation.

10. This Stipulation is the final written expression and the complete and exclusive statement of all agreements, conditions, promises, representations, and covenants between the parties with respect to the subject matter hereof, and supersedes all prior or contemporaneous agreements, discussions, negotiations, representations, and understandings between and among the parties, their respective representatives, and any other person or entity, with respect to the subject matter covered hereby.

11. In that the parties have had the opportunity to draft, review and edit the language of this Stipulation, no presumption for or against any party arising out of drafting all or any part of this

1  Stipulation will be applied in any action relating to, connected to, or involving this Stipulation.
2  Accordingly, the parties waive the benefit of Civil Code section 1654 and any successor or amended
3  statute, providing that in cases of uncertainty, language of contract should be interpreted most
4  strongly against the party who cause the uncertainty to exist.

5      12. This Stipulation shall not become effective until signed and delivered by all parties.

6      13. This Stipulation may be executed in one or more separate counterparts, each of which
7  when so executed, shall be deemed an original but all of which, together, shall be deemed to
8  constitute a single document. This Stipulation may be executed by facsimile or scanned signature,
9  and any such facsimile or scanned signature by any party hereto shall be deemed to be an original
10 signature and shall be binding on such party to the same extent as if such facsimile or scanned
11 signature were an original signature. Respondents agree that delivery by certified mail of the
12 executed Stipulation by the Commissioner to Respondents shall constitute valid service of the
13 Stipulation. A faxed or emailed copy of a signature shall be deemed the same as an original signature.

14     14. Each signator hereto covenants that he or she possesses all necessary capacity and
15 authority to sign and enter into this Stipulation.

16                                         JAN LYNN OWEN
17                                           Commissioner of Business Oversight

18 Dated: September 15, 2015           By _____
19                                           MARY ANN SMITH
                                          Deputy Commissioner
20

21                                           PENSIONS, ANNUITIES AND SETTLEMENTS,
22                                           LLC, FUTURE INCOME PAYMENTS, LLC, CASH
                                          FLOW INVESTMENT PARTNERS, LLC, AND
23                                           SCOTT A. KOHN

24 Dated: September 15, 2015           By_____
25                                           Scott A. Kohn, individually and on behalf of Pensions,
                                          Annuities and Settlements, LLC, Future Income
26                                           Payments, LLC, Cash Flow Investment Partners, LLC

27 APPROVED AS TO FORM:

28 Dated: September 15, 2015           By _____

STIPULATION TO DESIST AND REFRAIN ORDER

EXHIBIT 5, 148

| | |
|---|---|
| 1 | ISABELLE ORD, attorney for Pensions, Annuities |
| 2 | and Settlements, LLC, Future Income Payments, LLC, Cash Flow Investment Partners, LLC and Scott Kohn |
| 3  Dated: September 16, 2015 | By _____ |
| 4 | DAVID GROSS, attorney for Pensions, Annuities and Settlements, LLC, Future Income Payments, LLC, |
| 5 | Cash Flow Investment Partners, LLC and Scott Kohn |

State of California - Department of Business Oversight

-5-

STIPULATION TO DESIST AND REFRAIN ORDER

EXHIBIT 5, 149