# Exhibit 6
# to Supplemental Declaration of Alanna B. Carbis in Support of Reply Memorandum of Law in Support of Petition to Enforce Civil Investigative Demand and Request for Judicial Notice

EXHIBIT 6
150

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF BUSINESS OVERSIGHT

TO:  Pensions, Annuities and Settlements, LLC
     Future Income Payments, LLC
     Cash Flow Investment Partners, LLC
     Scott A. Kohn
     18300 Von Karman Avenue, Suite 410
     Irvine, CA 92612

     4500 Campus Drive, Suite 650
     Newport Beach, CA 92660

     3535 E. Coast Hwy, #119
     Corona Del Mar, CA 92625

     www.lumpsum-settlement.com

**DESIST AND REFRAIN ORDER**

**(For violations of section 22100 of the California Financial Code)**

The California Commissioner of Business Oversight ("Commissioner") finds that:

1. At all relevant times, Pensions, Annuities and Settlements, LLC ("PAS") was a Delaware limited liability company.

2. In or about 2014, PAS changed its name to Future Income Payments, LLC ("FIP").

3. At all relevant times, PAS and FIP were Delaware limited liability companies that used the same addresses of: 18300 Von Karman Avenue, Suite 410, Irvine, CA 92612; 4500 Campus Drive, Suite 650, Newport Beach, CA 92660; and 3535 E. Coast Hwy, #119, Corona Del Mar, CA 92625.

4. At all relevant times, Cash Flow Investment Partners, LLC, a Delaware limited liability company, and Cash Flow Investment Partners, LLC, a California limited liability company (collectively "CFIP"), were located at 18300 Von Karman Avenue, Suite 410, Irvine, CA 92612. CFIP maintains a website at www.lumpsum-settlement.com.

5. At all relevant times, Scott A. Kohn ("Kohn") was the manager of PAS, FIP, and CFIP.

1    6.    According to the website, "Cash Flow Investment Partners, LLC is one of the nation's leaders in selling pension plans and structured early retirement buyouts that will meet your immediate needs and long term goals, and to fund you very quickly. Now you do not have to wait for your cash anymore. You can easily borrow against your pension and get cash for your annuity."

7.    Beginning in 2012 and continuing to a date unknown to the Commissioner, PAS, currently known as FIP, CFIP and Kohn engaged in the business of a finance lender or broker, in California, by entering into written contracts with California consumers to provide a lump sum of money in exchange for the consumers' pension or retirement benefits.

8.    The Commissioner has not licensed Pensions, Annuities and Settlements, LLC, Future Income Payments, LLC, Cash Flow Investment Partners, LLC and Scott A. Kohn to engage in the business of a finance lender or broker, as required by Financial Code section 22100.

Based upon the foregoing findings, the Commissioner of Business Oversight is of the opinion that Pensions, Annuities and Settlements, LLC, Future Income Payments, LLC, Cash Flow Investment Partners, LLC and Scott A. Kohn have engaged in the business of a finance lender or broker without a license from the Commissioner.

Pursuant to Financial Code section 22712, Pensions, Annuities and Settlements, LLC, Future Income Payments, LLC, Cash Flow Investment Partners, LLC and Scott A. Kohn are hereby ordered to desist and refrain from engaging in the business of a finance lender or broker in the State of California without first obtaining a license from the Commissioner, or otherwise being exempt.

This Order is necessary, in the public interest, for the protection of consumers and is consistent with the purposes, policies, and provisions of the California Finance Lenders Law.

Dated: March 3, 2015         JAN LYNN OWEN
       Sacramento, California    Commissioner of Business Oversight


By_____
   MARY ANN SMITH
   Deputy Commissioner
   Enforcement Division