# Exhibit 9
# to Supplemental Declaration of Alanna B. Carbis in Support of Reply Memorandum of Law in Support of Petition to Enforce Civil Investigative Demand and Request for Judicial Notice

EXHIBIT 9

161

## ORDER SUMMARY – Case Number:  C-14-1449

**Name(s):**  Pensions, Annuities, and Settlements LLC a/k/a Future Income Payments LLC

_____

_____

**Order Number**:  C-14-1449-16-CO01

**Effective Date**:  December 2, 2016

**License Number**:  U/L
Or **NMLS Identifier** [U/L]
**License Effect**:

_____

_____

**Not Apply Until**:

_____

**Not Eligible Until**:

_____

**Prohibition/Ban Until**:

_____

| Investigation Costs | $ 25,000 | Due | Paid ☒ Y ☐ N | Date |
|---|---|---|---|---|
| | | | | |
| Financial Literacy | $ 25,000 | Due | Paid ☒ Y ☐ N | Date |
| | | | | |
| Assessment(s) | $ | Due | Paid ☐ Y ☐ N | Date |
| | | | | |
| Restitution | $ | Due: within 45 days of CO entry | Paid ☐ Y ☒ N | Date |
| | | | | |
| Judgment | $ | Due | Paid ☐ Y ☐ N | Date |
| Satisfaction of Judgment Filed? | | ☐ Y   ☐ N | | |
| No. of Victims: | | | | |

Comments: _____

Exhibit A omitted. _____

_____

_____

_____

EXHIBIT 9
162

1

**STATE OF WASHINGTON**
**DEPARTMENT OF FINANCIAL INSTITUTIONS**
**DIVISION OF CONSUMER SERVICES**

2

3  IN THE MATTER OF DETERMINING            No.: C-14-1449-16-CO01
   Whether there has been a violation of the
4  Consumer Loan Act of Washington by:       CONSENT ORDER

5  PENSIONS, ANNUITIES, and
   SETTLEMENTS LLC, a/k/a FUTURE INCOME
6  PAYMENTS, LLC,
                                Respondent.

7

8         COMES NOW the Acting Director of the Department of Financial Institutions ("Director"),

9  through her designee Charles E. Clark, Division Director, Division of Consumer Services, and

10 Pensions, Annuities, and Settlements, LLC, aka Future Income Payments, LLC, its owners,

11 subsidiaries, affiliates, successors, assigns, agents, representatives, or employees (collectively,

12 "Respondent FIP")[1], and finding that the issues raised in the above-captioned matter may be

13 economically and efficiently settled, agree to the entry of this Consent Order.  This Consent Order is

14 entered pursuant to chapter 31.04 of the Revised Code of Washington ("RCW"), and RCW 34.05.060

15 of the Administrative Procedure Act, based on the following:

16              **CONSENT ORDER AND ORDER**

17        The Department of Financial Institutions, Division of Consumer Services ("Department") and

18 Respondent FIP have agreed upon a basis for resolution of the matters alleged in Amended Statement

19 of Charges No. C-14-1449-15-SC02 ("Statement of Charges"), entered May 19, 2015 (copy attached

20 hereto).  Pursuant to chapter 31.04 RCW, the Consumer Loan Act ("Act"), and RCW 34.05.060 of

21 the Administrative Procedure Act, Respondent FIP hereby agrees to the Department's entry of this

22 Consent Order and further agrees that the issues raised in the above-captioned matter may be

23 economically and efficiently settled by entry of this Consent Order.  The parties intend this Consent

24

---

[1] Pensions, Annuities, and Settlements LLC is now known as Future Income Payments, LLC.

CONSENT ORDER                                    1                    DEPARTMENT OF FINANCIAL INSTITUTIONS
C-14-1449-16-CO01                                                              Division of Consumer Services
Pensions, Annuities, and Settlements LLC                                                150 Israel Rd SW
                                                                                          PO Box 41200
                                                                                Olympia, WA 98504-1200
                                                                                        (360) 902-8703

EXHIBIT 9
163

Order to fully resolve the Statement of Charges.  Respondent FIP is agreeing not to further contest the Statement of Charges in consideration of the terms of this Consent Order.

Based upon the foregoing:

A.  **Jurisdiction.**  It is AGREED that Respondent FIP consents to the jurisdiction of the Department to enter this Consent Order and to the jurisdiction of the Department and Washington State courts to the extent required for the Department to enforce all terms contained in this Consent Order, including but not limited to this provision.  The limited consent provided herein may not be construed as a waiver or consent to jurisdiction for any other purpose as to the Respondent FIP.

It is further AGREED that in consideration for the terms of this Consent Order, the Department hereby withdraws the Statement of Charges with respect to Scott Kohn.  However; Scott Kohn, as owner and President of FIP, is a signatory to this Consent Order and, as such, has all of the obligations and rights of a signatory, though no longer an individually named Respondent.

B.  **Waiver of Hearing.**  It is AGREED that Respondent FIP has been informed of the right to a hearing before an administrative law judge, and hereby waives its right to a hearing and any and all administrative and judicial review of the issues raised in this matter, or of the resolution reached herein.  Accordingly, Respondent FIP, by the signatures below, withdraws its appeal to the Office of Administrative Hearings.

C.  **No Admission of Liability.**  The Department acknowledges that Respondent FIP maintains that it has been and is in the business of conducting transactions that constitute the "purchase of income stream(s)" from natural persons residing in the State of Washington ("Owner(s)") with a lump-sum cash payment ("Purchase Payment") in exchange for the Owner's agreement to transfer to FIP a certain future amount of the specified "income stream" (the "Purchased

CONSENT ORDER
C-14-1449-16-CO01
Pensions, Annuities, and Settlements LLC

2

DEPARTMENT OF FINANCIAL INSTITUTIONS
Division of Consumer Services
150 Israel Rd SW
PO Box 41200
Olympia, WA  98504-1200
(360) 902-8703

EXHIBIT 9
164

1   Asset") that the Owner actually receives, but not in the form of an assignment of any pension (each, a

2   "Purchase Transaction").  The Department further acknowledges that Respondent FIP voluntarily

3   ceased conducting such transactions with Washington residents after receipt of the Statement of

4   Charges and during the pendency of this action.

5   Respondent FIP acknowledges that the Department considers the transactions which are the

6   subject of this action to be loans, the Purchase Payments to be the "principal" of said loan, and all

7   periodic payments made by the Owner to Respondent FIP in excess of the Purchase Payment to be

8   payments of "interest", or a "fee" or "charge" associated with the transaction.

9   While the Parties do not agree upon the characterization of FIP's Washington transactions, for

10  purposes of this Consent Order only the parties mutually acknowledge and AGREE that the use of

11  any particular characterization of the transactions shall not constitute an admission by either party.

12  Based upon the foregoing acknowledgments, it is AGREED that Respondent FIP does not

13  admit to any wrongdoing by entry of this Consent Order.

14  **D.**     **Rights of Non-Parties.**  It is AGREED that the Department does not represent or have

15  the consent of any person or entity not a party to this Consent Order to take any action concerning

16  their personal legal rights.  It is further AGREED that for any person or entity not a party to this

17  Consent Order, this Consent Order does not limit or create any private rights or remedies against

18  Respondent FIP, limit or create liability of Respondent FIP, or limit or create defenses of Respondent

19  FIP to any claims.

20  **E.**     **Modification of Past Transactions**.  It is AGREED that except for delinquency (late)

21  fees or insufficient funds fees, Respondent FIP will not attempt to collect from any Washington

22  resident more than the amount Respondent FIP refers to as the "Purchase Payment."  Respondent

23  FIP further AGREES that it shall not sell, transfer, assign, otherwise dispose of, or refer for collection

24

CONSENT ORDER                                3                   DEPARTMENT OF FINANCIAL INSTITUTIONS
C-14-1449-16-CO01                                                    Division of Consumer Services
Pensions, Annuities, and Settlements LLC                                    150 Israel Rd SW
                                                                              PO Box 41200
                                                                        Olympia, WA  98504-1200
                                                                             (360) 902-8703

EXHIBIT 9
165

1  any amount exceeding the Purchase Payment.[2]  All payments, both past and prospective, shall be

2  applied to the Purchase Payment.  Respondent FIP may charge delinquency fees or insufficient funds

3  fees, but only in the amount contracted for or in an amount consistent with that authorized by the Act,

4  whichever is less.  After so applying the payments so far received, should any Washington client

5  have paid in excess of the Purchase Payment, Respondents shall refund the excess in accordance with

6  Paragraph G below.

7      **F.**    **Disclosure by FIP**.  It is AGREED that Respondent FIP has provided the Department

8  with a spreadsheet containing a true, complete, and accurate list of all Past Transactions with

9  Washington residents (the "List").  The List shall contain the following information for each Past

10  Transaction: (i) the date of the Past Transaction, (ii) the name and last known address of the Owner,

11  (iii) the amount of the Purchase Payment, (iv) the total amount of all payments by the Owner, and

12  (v) the amount, if any, the total payments exceed the Purchase Payment.

13      **G.**    **Refunds**.  If as of the date of this Consent Order any Washington resident has paid

14  more than the amount of the Purchase Payment, Respondent FIP shall refund the excess amount to

15  the resident.  Refunds must be mailed to the resident no later than 45 days after the date of this

16  Consent Order.  All refunds shall be made directly to the resident, and Respondent FIP shall provide

17  the Department with proof of all refunds made hereunder by providing a copy of each refund check

18  sent within 60 days of this Consent Order.

19      **H.**    **Uncashed Refund Checks**.  It is AGREED that within 180 days after the effective

20  date of this Consent Order, Respondent FIP shall stop payment on outstanding refund checks and

21  shall submit the relevant funds to the Washington State Department of Revenue as unclaimed

22  property pursuant to Chapter 63.29 of the Revised Code of Washington; and shall provide the

23

---

[2] This shall not preclude Respondent FIP from forgiving any indebtedness by a Washington resident.

24  CONSENT ORDER                 4             DEPARTMENT OF FINANCIAL INSTITUTIONS
C-14-1449-16-CO01                           Division of Consumer Services
Pensions, Annuities, and Settlements LLC         150 Israel Rd SW
                                                PO Box 41200
                                    Olympia, WA  98504-1200
                                        (360) 902-8703

EXHIBIT 9
166

1  Department with a copy of any checks to the Department of Revenue and a copy of any unclaimed

2  property forms submitted to the Department of Revenue. All costs related to stopping payment and

3  issuing checks shall be borne by Respondent FIP.

4       **I.**     **Repayment Options.** It is AGREED that should there be a balance of the Purchase

5  Payment remaining due which Respondent FIP intends to collect, Respondent FIP shall offer the

6  Owner the following options to repay the balance: (i) the Owner may repay the balance in a single

7  lump sum payment; or (ii) the Owner may continue to pay the amount of the monthly installment

8  originally agreed to; or (iii) the Owner and Respondent may mutually agree to an alternate payment

9  method that does not include interest, fees, or charges other than those specifically authorized in

10  Paragraph E of this Consent Order.

11       **J.**     **Transmittal Letters**. It is AGREED that Respondent FIP shall send each Owner a letter,

12  to his/her last known address, informing the Owner of the status of his/her transaction.  In the event

13  Respondent FIP intends to collect the unpaid balance of the Purchase Payment, the letter shall offer

14  the repayment options set forth in Paragraph I above.  In the event the Owner is due a refund, the

15  letter shall so state and shall further state that the transaction is concluded with the cashing of the

16  refund check enclosed therewith.  In the event there is no balance due or Respondent FIP does not

17  intend to seek repayment, the letter shall so state.

18       **K.**     **Terms of Future Transactions**.  While Respondent FIP does not agree or admit that

19  the transactions set forth in the first sentence of Paragraph C constitute loans, for the purposes of this

20  Consent Order, Respondent FIP agrees that it will not enter into any future transactions with

21  Washington residents that meet the description set forth in the first sentence of Paragraph C of this

22  Consent Order without first obtaining and maintaining a license from the Department or otherwise

23  meeting one of the exemptions set forth in RCW 31.04.025(2); such exemptions specifically include,

24

CONSENT ORDER                   5               DEPARTMENT OF FINANCIAL INSTITUTIONS
C-14-1449-16-CO01                                Division of Consumer Services
Pensions, Annuities, and Settlements LLC                150 Israel Rd SW
                                             PO Box 41200
                                    Olympia, WA  98504-1200
                                     (360) 902-8703

EXHIBIT 9
167

1   but are not limited to, making a loan primarily for business, commercial, or agricultural purposes

2   unless the loan is secured by a lien on the borrower's primary dwelling as set forth in RCW

3   31.04.025(2)(e).

4       **L.    Future Application.**  It is AGREED that should Respondent FIP apply for a license to

5   conduct business as a consumer loan company, Respondent FIP shall be required to meet all licensing

6   requirements in effect at the time of application.  However, based upon the acknowledgments set

7   forth in Paragraph C of this Consent Order, the matters giving rise to the Statement of Charges,

8   including but not limited to the conduct alleged, shall not be considered by the Department in

9   assessing any future license application by Respondent FIP.

10      **M. Financial Literacy Payment.**  Pursuant to RCW 31.04.093(7), the Director may accept

11  payments to the Department for purposes of financial literacy and education programs authorized

12  under RCW 43.320.150. Accordingly, in further compromise and in consideration of the additional

13  terms set forth herein, it is AGREED that upon entry of this Consent Order Respondent FIP shall pay

14  $25,000 to the Department for purposes of financial literacy and education programs. It is further

15  AGREED that Respondent FIP shall not advertise or publicize the financial literacy payment.

16      **N. Department's Costs and Expenses.**  It is AGREED that Respondent FIP shall pay to the

17  Department the amount of $25,000 in the form of a cashier's check made payable to the "Washington

18  State Treasurer" upon entry of this Consent Order to partially offset the Department's time and

19  expenses in investigating and bringing this action.

20      **O. Records Retention.**  It is AGREED that Respondent FIP shall maintain records of its

21  Washington transactions, as identified in Paragraph F, in such a manner as is consistent with the

22  requirements of the Act and provide the Director with the location of said records and the name,

23  address, and telephone number of the individual responsible for maintenance of such records.

24
CONSENT ORDER                                   6                    DEPARTMENT OF FINANCIAL INSTITUTIONS
C-14-1449-16-CO01                                                          Division of Consumer Services
Pensions, Annuities, and Settlements LLC                                              150 Israel Rd SW
                                                                                        PO Box 41200
                                                                                 Olympia, WA  98504-1200
                                                                                      (360) 902-8703

EXHIBIT 9
168

1       **P.   Authority to Execute Order.**  It is AGREED that the undersigned have represented and

2   warranted that they have the full power and right to execute this Consent Order on behalf of the

3   parties represented.  It is further AGREED that this Consent Order shall be binding upon all of

4   Respondent FIP's related or affiliated entities including, but not limited to, those entities appearing

5   on Exhibit A to this Consent Order.

6       **Q.   Non-Compliance with Order.**  It is AGREED that Respondent FIP understands that

7   failure to abide by the terms and conditions of this Consent Order may result in further legal action

8   by the Director.  In the event of such legal action, Respondent FIP may be responsible to reimburse

9   the Director for the cost incurred in pursuing such action, including, but not limited to, attorney fees.

10       **R.   Voluntarily Entered.**  It is AGREED that Respondent FIP has voluntarily entered into

11   this Consent Order, which is effective when signed by the Director's designee.

12       **S.   Completely Read, Understood, and Agreed.**  It is AGREED that Respondent FIP's

13   authorized representatives have read this Consent Order in its entirety and fully understand and agree

14   to all of the same.

15

16   **RESPONDENT:**
FUTURE INCOME PAYMENTS, LLC
BY:

17

18   _____         _11/18/16_____

    Scott Kohn, President                        Date

19

20   **Approved for Entry:**

21

22   _____         _11/22/16_____

    Laura Marquez-Garrett                    Date
    Lane Powell PC

23

24   CONSENT ORDER                      7            DEPARTMENT OF FINANCIAL INSTITUTIONS
C-14-1449-16-CO01                             Division of Consumer Services
Pensions, Annuities, and Settlements LLC              150 Israel Rd SW
                                                PO Box 41200
                                     Olympia, WA  98504-1200
                                     (360) 902-8703

EXHIBIT 9
169

1    ███████████████████████         11/22/2016
     Jonathon Bashford                ———————————
2    Lane Powell PC                   Date

3    Attorneys for Respondent Future Income Payments, LLC

4

5

6

7

8                    **DO NOT WRITE BELOW THIS LINE**

9        THIS ORDER ENTERED THIS 2nd DAY OF December , 2016.

10

11                                   ███████████████████
                                     CHARLES E. CLARK
12                                   Director
                                     Division of Consumer Services
13                                   Department of Financial Institutions

14   Presented by:

15   ███████████████

16   BARBARA PENTTILA
     Financial Legal Examiner

17

18   Approved by:

19   ███████████████

20   STEVEN C. SHERMAN
     Enforcement Chief

21

22

23

24   CONSENT ORDER                    8         DEPARTMENT OF FINANCIAL INSTITUTIONS
     C-14-1449-16-CO01                                  Division of Consumer Services
     Pensions, Annuities, and Settlements LLC                        150 Israel Rd SW
                                                                       PO Box 41200
                                                             Olympia, WA  98504-1200
                              EXHIBIT 9                            (360) 902-8703
                                170

1

**STATE OF WASHINGTON**
**DEPARTMENT OF FINANCIAL INSTITUTIONS**
**DIVISION OF CONSUMER SERVICES**

2

| | |
|---|---|
| 3  IN THE MATTER OF DETERMINING | No. C-14-1449-15-SC02 |
| Whether there has been a violation of the | |
| 4  Consumer Loan Act of Washington by: | AMENDED STATEMENT OF CHARGES |
| | and NOTICE OF INTENTION TO ENTER |
| 5 | AN ORDER TO CEASE AND DESIST, |
| PENSIONS, ANNUITIES AND | PROHIBIT FROM INDUSTRY, IMPOSE |
| 6  SETTLEMENTS, LLC a/k/a FUTURE INCOME | FINE, AND REFUND FEES AND INTEREST |
| PAYMENTS, LLC, and | |
| 7  SCOTT KOHN, Owner and CEO/President, | |
| 8 | Respondents. |

9

**INTRODUCTION**

10      Pursuant to RCW 31.04.093 and RCW 31.04.165, the Director of the Department of Financial

11   Institutions of the State of Washington (Director) is responsible for the administration of chapter

12   31.04 RCW, the Consumer Loan Act (Act).  After having conducted an investigation pursuant to

13   RCW 31.04.145, and based upon the facts available as of the date of this Amended Statement of

14   Charges, the Director, through his designee, Division of Consumer Services Director Charles E.

15   Clark, institutes this proceeding and finds as follows:

16

**I. FACTUAL ALLEGATIONS**

17   **1.1      Respondents.**

18         **A.  Pensions, Annuities and Settlements, LLC a/k/a Future Income Payments, LLC**

19   **(Respondent Future Income Payments)** is known to have conducted business from 18300 Von

20   Karman Avenue, Suite 410, Irvine, California 92612, and from 3535 East Coast Highway, #119,

21   Corona del Mar, California 92625.  Respondent Future Income Payments has never been licensed by

22   the Washington State Department of Financial Institutions (Department) to conduct business as a

23   consumer loan company in the State of Washington.

24

AMENDED STATEMENT OF CHARGES                1            DEPARTMENT OF FINANCIAL INSTITUTIONS
No. C-14-1449-15-SC02                                                     Division of Consumer Services
Pensions, Annuities and Settlements, LLC a/k/a Future Income                                 150 Israel Road SW
Payments, LLC and Scott Kohn                                                              PO Box 41200
                                                                              Olympia, WA  98504-1200
                                                          EXHIBIT 9                          (360) 902-8703
                                                                 171

**B.  Scott Kohn (Respondent Scott Kohn)** is the 100% Owner and CEO/President of Respondent Future Income Payments.  During the relevant time period, Respondent Scott Kohn was not licensed by the Department to conduct business as a consumer loan company in the State of Washington.

**1.2    Unlicensed Activity.**  Between at least December 2011 and the date of this Amended Statement of Charges, Respondents conducted the business of a consumer loan company in at least 98 loan transactions when it was not exempt from licensing and did not possess a valid license.  Respondents offered consumer loans to at least 83 Washington residents and collected a fee for those services.  Respondents did not disclose that they were not licensed in the state of Washington to conduct business as a consumer loan company.  A list of Washington consumers with whom Respondents conducted business as a consumer loan company, and the amount of the loan and associated interest, fees, or other charges, is appended hereto and incorporated herein by reference.[1]

**1.3    On-Going Investigation.**  The Department's investigation into the alleged violations of the Act by Respondents continues to date.

## II. GROUNDS FOR ENTRY OF ORDER

**2.1    Definition of Loan.**  Pursuant to RCW 31.04.015(11) and WAC 208-620-010, a "Loan" means a sum of money lent at interest or for a fee or other charge and includes both open-end and closed-end loan transactions.

**2.2    Definition of Making a Loan.**  Pursuant to RCW 31.04.015(13) and WAC 208-620-010, "Making a loan" means advancing, offering to advance, or making a commitment to advance funds to a borrower for a loan.

---

[1] At least 24 of the Washington consumers are either retired or disabled military veterans.

AMENDED STATEMENT OF CHARGES
No. C-14-1449-15-SC02
Pensions, Annuities and Settlements, LLC a/k/a Future Income
Payments, LLC and Scott Kohn

2

DEPARTMENT OF FINANCIAL INSTITUTIONS
Division of Consumer Services
150 Israel Road SW
PO Box 41200
Olympia, WA  98504-1200
(360) 902-8703

EXHIBIT 9
172

1   **2.3     Requirement to Obtain and Maintain a License in Accordance with the Act.**  Based on

2   the Factual Allegations set forth in Section I above, Respondents are in apparent violation of RCW

3   31.04.035 and WAC 208-620-230 for engaging in the business of making secured or unsecured loans

4   to Washington residents without first obtaining and maintaining a license in accordance with the Act

5   or meeting an exemption from the Act under RCW 31.04.025.

6   **2.4     Prohibited Practices.**  Based on the Factual Allegations set forth in Section I above,

7   Respondents are in apparent violation of RCW 31.04.027(2) and (3) for engaging in an unfair or

8   deceptive practice toward any person and for obtaining property by misrepresentation.

9   ### III. AUTHORITY TO IMPOSE SANCTIONS

10  **3.1     Authority to Issue an Order to Cease and Desist.**  Pursuant to RCW 31.04.093(5)(a), the

11  Director may issue an order directing any person subject to the Act to cease and desist from

12  conducting business in a manner that is injurious to the public or violates any provision of the Act.

13  **3.2     Authority to Prohibit from Industry.**  Pursuant to RCW 31.04.093(6), the Director may

14  issue an order prohibiting from participation in the conduct of the affairs of any licensee, any person

15  subject to this chapter for a violation of RCW 31.04.027 or failure to obtain a license for activity that

16  requires a license.

17  **3.3     Authority to Impose a Fine.**  Pursuant to RCW 31.04.093(4), the Director may impose fines of

18  up to one hundred dollars per day, per violation, upon any person subject to the Act for any violation

19  of the Act.

20  **3.4     Authority to Order Refund of Fees and Interest.**  Pursuant to RCW 31.04.035(2) and RCW

21  31.04.093(5)(b), the Director may issue an order directing the refund of all fees and interest charged in

22  any transaction violating RCW 31.04.035(1).

23  //

24  AMENDED STATEMENT OF CHARGES                      3          DEPARTMENT OF FINANCIAL INSTITUTIONS
    No. C-14-1449-15-SC02                                                    Division of Consumer Services
    Pensions, Annuities and Settlements, LLC a/k/a Future Income                      150 Israel Road SW
    Payments, LLC and Scott Kohn                                                         PO Box 41200
                                                                             Olympia, WA  98504-1200
                                                                                      (360) 902-8703

EXHIBIT 9
173

1

## IV. NOTICE OF INTENTION TO ENTER ORDER

2      Respondents' violations of the provisions of chapter 31.04 RCW and chapter 208-620 WAC, as

3   set forth in the above Factual Allegations, Grounds for Entry of Order, and Authority to Impose

4   Sanctions, constitute a basis for the entry of an Order under RCW 31.04.093, RCW 31.04.165, and

5   RCW 31.04.205.  Therefore, it is the Director's intention to ORDER that:

6   **4.1**   Respondents Future Income Payments and Scott Kohn immediately cease and desist

7          from making consumer loans to Washington state residents until such time as
         Respondents obtain a license in accordance with the Act from the Department or qualify
         for an exemption from licensing as delineated in the Act;

8

9   **4.2**   Respondents Future Income Payments and Scott Kohn be prohibited from
         participation, in any manner, in the conduct of the affairs of any consumer loan

10         business subject to licensure by the Director under chapter 31.04 RCW for a period of
         five years;

11  **4.3**   Respondents Future Income Payments and Scott Kohn jointly and severally pay a fine
         which as of the date of this Amended Statement of Charges totals $250,000; and

12  **4.4**   Respondents Future Income Payments and Scott Kohn jointly and severally refund all
         fees and interest to all Washington borrowers who paid fees or interest in the amounts

13         set forth in Appendix A and in any additional amount(s) determined at hearing.

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24
AMENDED STATEMENT OF CHARGES                    4                  DEPARTMENT OF FINANCIAL INSTITUTIONS
No. C-14-1449-15-SC02                                                                Division of Consumer Services
Pensions, Annuities and Settlements, LLC a/k/a Future Income                                      150 Israel Road SW
Payments, LLC and Scott Kohn                                                                          PO Box 41200
                                                                                          Olympia, WA  98504-1200
                          EXHIBIT 9                                                              (360) 902-8703
                            174

1

## V. AUTHORITY AND PROCEDURE

2

This Amended Statement of Charges is entered pursuant to the provisions of RCW 31.04.093,

3

RCW 31.04.165, RCW 31.04.202, and RCW 31.04.205, and is subject to the provisions of chapter

4

34.05 RCW (The Administrative Procedure Act). This Amended Statement of Charges does not

5

affect any hearing dates presently set in this matter.

6

7

Dated this __19th__ day of May, 2015.

8

9



CHARLES E. CLARK

10

Director

Division of Consumer Services

11

Department of Financial Institutions

12

Presented by:

13

14



BARBARA PENTTILA

15

Financial Legal Examiner

16

Approved by:

17

18

STEVEN C. SHERMAN

19

Enforcement Chief

20

21

22

23

24

AMENDED STATEMENT OF CHARGES                    5                    DEPARTMENT OF FINANCIAL INSTITUTIONS
No. C-14-1449-15-SC02                                                                              Division of Consumer Services
Pensions, Annuities and Settlements, LLC a/k/a Future Income                                                150 Israel Road SW
Payments, LLC and Scott Kohn                                                                                   PO Box 41200
                                          EXHIBIT 9                                                  Olympia, WA 98504-1200
                                            175                                                          (360) 902-8703

## WASHINGTON CONSUMERS

| Borrower | Loan Amount | Total Payments | Effective Interest, Fees, and Other Charges | Payment Start Date | Term for Monthly Payments |
|---|---|---|---|---|---|
| A.C. | $3,400 | $18,600 | $15,200 | 01/02/2014 | 60 |
| A.W. | $7,700 | $20,820 | $13,120 | 09/02/2013 | 60 |
| A.M. | $9,700 | $60,600 | $50,900 | 03/01/2014 | 60 |
| A.P.* | $1,300 | $12,231.60 | $10,931.60 | 02/01/2014 | 120 |
| A.P.* | $4,400 | $46,568.40 | $42,168.40 | 02/01/2014 | 120 |
| B.M. | $9,700 | $25,860 | $16,160 | 10/02/2013 | 60 |
| B.A. | $3,400 | $18,600 | $15,200 | 01/01/2014 | 60 |
| B.G. | $3,200 | $21,600 | $18,400 | 06/01/2014 | 60 |
| C.H. | $24,700 | $54,840 | $30,140 | 01/03/2013 | 60 |
| C.G. | $9,700 | $25,920 | $16,220 | 05/01/2013 | 60 |
| C.M. | $4,700 | $30,600 | $25,900 | 07/01/2014 | 60 |
| D.F.* | $8,400 | $22,554 | $14,154 | 05/02/2013 | 60 |
| D.F.* | $1,300 | $3,306 | $2,006 | 05/02/2013 | 60 |
| D.G.W. | $14,700 | $38,520 | $23,820 | 12/01/2013 | 60 |
| D.M. | $9,700 | $25,860 | $16,160 | 09/04/2013 | 60 |
| D.R.* | $500 | $1,821.60 | $1,321.60 | 08/02/2013 | 120 |
| D.R.* | $9,200 | $40,178.40 | $30,978.40 | 08/02/2013 | 120 |
| D.M.W. | $4,700 | $24,900 | $20,200 | 10/22/2013 | 60 |
| E.C. | $9,700 | $42,000 | $32,300 | 03/02/2013 | 120 |
| E.T. | $36,600 | $109,360.80 | $72,760.80 | 02/07/2012 | 120 |
| G.C. | $4,700 | $10,980 | $6,280 | 05/02/2013 | 36 |

*Washington consumers with the same initials are borrowers with multiple loans.

EXHIBIT 9

| Borrower | Loan Amount | Total Payments | Effective Interest, Fees, and Other Charges | Payment Start Date | Term for Monthly Payments |
|---|---|---|---|---|---|
| G.G.* | $39,000 | $116,796 | $77,796 | 04/01/2012 | 120 |
| G.G.* | $10,000 | $30,000 | $20,000 | 04/01/2012 | 120 |
| G.S. | $9,700 | $31,080 | $21,380 | 11/01/2012 | 120 |
| H.B.* | $9,700 | $18,240 | $8,540 | 01/01/2013 | 60 |
| H.B.* | $17,200 | $32,700 | $15,500 | 07/01/2012 | 60 |
| J.C.* | $5,800 | $15,952.20 | $10,152.20 | 09/25/2013 | 60 |
| J.C.* | $1,900 | $4,867.80 | $2,967.80 | 09/25/2013 | 60 |
| J.F.R. | $9,700 | $31,080 | $21,380 | 12/15/2012 | 120 |
| J.L.R. | $9,700 | $31,080 | $21,380 | 12/01/2012 | 120 |
| J.D.R. | $14,700 | $38,520 | $23,820 | 09/01/2013 | 60 |
| J.G.G. | $7,700 | $20,820 | $13,120 | 08/02/2013 | 60 |
| J.M.* | $3,147.21 | $8,766.60 | $5,619.39 | 11/02/2013 | 60 |
| J.M.* | $8,552.79 | $22,193.40 | $13,640.61 | 11/02/2013 | 60 |
| J.S. | $14,700 | $38,520 | $23,820 | 10/01/2013 | 60 |
| J.B. | $9,700 | $25,860 | $16,160 | 07/02/2013 | 60 |
| J.F. | $4,700 | $13,200 | $8,560 | 04/01/2013 | 60 |
| J.L.G. | $5,200 | $33,600 | $28,400 | 02/01/2014 | 60 |
| J.H. | $7,700 | $25,200 | $17,500 | 12/01/2012 | 120 |
| K.V. | $5,500 | $15,300 | $9,800 | 01/01/2014 | 60 |
| K.A.S. | $4,700 | $11,016 | $6,316 | 03/01/2013 | 36 |
| K.K. | $13,300 | $42,397.20 | $29,097.20 | 07/01/2012 | 120 |
| K.R. | $7,700 | $20,820 | $13,120 | 08/02/2013 | 60 |

*Washington consumers with the same initials are borrowers with multiple loans.

EXHIBIT A-2

| Borrower | Loan Amount | Total Payments | Effective Interest, Fees, and Other Charges | Payment Start Date | Term for Monthly Payments |
|---|---|---|---|---|---|
| K.S.* | $30,000 | $63,900 | $33,900 | 04/07/2012 | 60 |
| K.S.* | $20,000 | $53,220 | $33,220 | 06/07/2012 | 60 |
| L.C. | $4,700 | $13,260 | $8,560 | 06/02/2013 | 60 |
| L.S.* | $6,400 | $17,563.80 | $11,163.80 | 07/02/2013 | 60 |
| L.S.* | $3,300 | $8,296.20 | $4,996.20 | 07/02/2013 | 60 |
| L.F. | $9,700 | $25,860 | $16,160 | 10/02/2013 | 60 |
| L.J. | $5,700 | $15,780 | $10,080 | 11/03/2013 | 60 |
| M.W. | $9,700 | $25,860 | $16,160 | 03/01/2013 | 60 |
| M.D. | $14,700 | $38,520 | $23,820 | 09/02/2013 | 60 |
| M.F. | $9,700 | $25,860 | $16,160 | 08/26/2013 | 60 |
| M.O. | $9,700 | $31,080 | $21,380 | 02/16/2013 | 120 |
| M.P.R.* | $4,900 | $13,681.80 | $8,781.80 | 06/02/2013 | 60 |
| M.P.R.* | $800 | $2,098.20 | $1,298.20 | 06/02/2013 | 60 |
| M.R.* | $30,000 | $76,876.80 | $46,876.80 | 01/07/2012 | 120 |
| M.R.* | $30,000 | $89,827.20 | $59,827.20 | 02/07/2012 | 120 |
| M.P. | $6,700 | $18,300 | $11,600 | 11/02/2013 | 60 |
| M.V. | $3,400 | $18,600 | $15,200 | 09/03/2013 | 60 |
| N.F. | $9,700 | $25,860 | $16,160 | 10/01/2013 | 60 |
| N.N. | $7,700 | $16,128 | $8,428 | 01/01/2013 | 36 |
| P.L.L. | $3,400 | $18,600 | $15,200 | 08/01/2013 | 60 |
| P.D.* | $4,100 | $11,764.20 | $7,646.20 | 01/01/2014 | 60 |
| P.D.* | $1,600 | $4,015.80 | $2,415.80 | 01/01/2014 | 60 |

*Washington consumers with the same initials are borrowers with multiple loans.

EXHIBIT 9
A-3
178

| Borrower | Loan Amount | Total Payments | Effective Interest, Fees, and Other Charges | Payment Start Date | Term for Monthly Payments |
|---|---|---|---|---|---|
| P.A.D. | $20,000 | $59,464.80 | $39,464.80 | 10/05/2012 | 120 |
| P.I.L. | $7,700 | $20,820 | $13,120 | 07/02/2013 | 60 |
| P.R. | $7,700 | $20,820 | $13,120 | 10/17/2013 | 60 |
| R.C. | $4,700 | $30,600 | $25,900 | 04/16/2014 | 60 |
| R.S. | $9,700 | $25,320 | $15,620 | 07/03/2013 | 60 |
| R.R. | $9,700 | $25,920 | $16,220 | 10/01/2013 | 60 |
| R.R.H. | $7,700 | $20,820 | $13,120 | 10/02/2013 | 60 |
| R.I. | $19,700 | $43,980 | $24,280 | 02/02/2013 | 60 |
| R.D.H. | $7,700 | $17,340 | $9,640 | 08/01/2012 | 60 |
| R.E.H. | $7,700 | $20,820 | $13,120 | 08/01/2013 | 60 |
| R.F.M.* | $4,046 | $24,876 | $20,830 | 03/02/2014 | 60 |
| R.F.M.* | $954 | $5,724 | $4,770 | 03/02/2014 | 60 |
| R.L. | $14,700 | $38,520 | $23,820 | 10/02/2013 | 60 |
| R.G.* | $8,200 | $25,663.20 | $17,463.20 | 10/15/2012 | 120 |
| R.G.* | $8,500 | $26,416.80 | $17,916.80 | 10/15/2012 | 120 |
| R.A.M. | $4,700 | $30,600 | $25,900 | 03/01/2014 | 60 |
| S.V. | $3,400 | $18,600 | $15,200 | 07/02/2013 | 60 |
| S.R. | $18,000 | $45,720 | $27,720 | 05/01/2012 | 120 |
| S.S. | $5,700 | $15,780 | $10,080 | 06/01/2013 | 60 |
| S.L.H. | $7,200 | $70,320 | $63,120 | 04/01/2014 | 120 |
| S.D.H. | $7,700 | $20,820 | $13,120 | 09/02/2013 | 60 |
| S.B. | $14,700 | $38,520 | $23,820 | 07/02/2013 | 60 |

*Washington consumers with the same initials are borrowers with multiple loans.

EXHIBIT 9
A-4
179

| Borrower | Loan Amount | Total Payments | Effective Interest, Fees, and Other Charges | Payment Start Date | Term for Monthly Payments |
|----------|-------------|----------------|---------------------------------------------|--------------------|---------------------------|
| S.G. | $3,400 | $18,600 | $15,200 | 09/01/2013 | 60 |
| T.E.W. | $12,000 | $26,366.40 | $14,366.40 | 12/01/2012 | 60 |
| T.T. | $14,700 | $33,120 | $18,420 | 12/01/2012 | 60 |
| T.D. | $9,700 | $18,240 | $8,540 | 11/01/2012 | 60 |
| T.P. | $6,700 | $18,300 | $11,600 | 11/07/2013 | 60 |
| T.M.* | $9,700 | $34,800 | $25,100 | 02/02/2013 | 120 |
| T.M.* | $15,000 | $48,000 | $33,000 | 02/02/2013 | 120 |
| T.N. | $3,400 | $18,600 | $15,200 | 12/02/2013 | 60 |
| T.R. | $7,700 | $20,820 | $13,120 | 09/02/2013 | 60 |
| T.L.W. | $3,400 | $18,600 | $15,200 | 01/01/2014 | 60 |
| Y.J. | $7,700 | $20,820 | $13,120 | 09/04/2013 | 60 |

*Washington consumers with the same initials are borrowers with multiple loans.

EXHIBIT 9

**STATE OF WASHINGTON
DEPARTMENT OF FINANCIAL INSTITUTIONS
DIVISION OF CONSUMER SERVICES**

IN THE MATTER OF DETERMINING
Whether there has been a violation of the
Consumer Loan Act of Washington by:

PENSIONS, ANNUITIES AND
SETTLEMENTS, LLC,

Respondent.

No.: C-14-1449-14-SC01

STATEMENT OF CHARGES and
NOTICE OF INTENTION TO ENTER AN
ORDER TO CEASE AND DESIST, PROHIBIT
FROM INDUSTRY, IMPOSE FINE, AND
REFUND FEES AND INTEREST

## INTRODUCTION

Pursuant to RCW 31.04.093 and RCW 31.04.165, the Director of the Department of Financial Institutions of the State of Washington (the Director) is responsible for the administration of chapter 31.04 RCW, the Consumer Loan Act (the Act).  After having conducted an investigation pursuant to RCW 31.04.145, and based upon the facts available as of the date of this Statement of Charges, the Director, through his designee Division of Consumer Services Director Deborah Bortner, institutes this proceeding and finds as follows:

## I. FACTUAL ALLEGATIONS

**1.1     Pensions, Annuities and Settlements, LLC (Respondent)** is known to have conducted business from 18300 Von Karman Avenue, Suite 410, Irvine, California 92612, and from 3535 East Coast Highway, #119, Corona del Mar, California 92625.  Respondent has never been licensed by the Washington State Department of Financial Institutions (the Department) to conduct business as a consumer loan company in the State of Washington.

**1.2     Unlicensed Activity.** Between at least December 2011 and the date of this Statement of Charges, Respondent conducted the business of a consumer loan company in at least 94 loan transactions when it was not exempt from licensing and did not possess a valid license.  Respondent

STATEMENT OF CHARGES
No.: C-14-1449-14-SC01
Pensions, Annuities and Settlements, LLC

1

DEPARTMENT OF FINANCIAL INSTITUTIONS
Division of Consumer Services
150 Israel Rd SW
PO Box 41200
Olympia, WA  98504-1200
(360) 902-8703

EXHIBIT 9
181

offered consumer loans to at least 94 Washington residents and collected a fee for those services. A list of Washington consumers with whom Respondent conducted business as a consumer loan company, and the amount of the loan and associated interest, fee, or other charge, is appended hereto and incorporated herein by reference.[1]

**1.3     On-Going Investigation.**  The Department's investigation into the alleged violations of the Act by Respondent continues to date.

## II. GROUNDS FOR ENTRY OF ORDER

**2.1     Definition of Loan.**  Pursuant to RCW 31.04.015(11) and WAC 208-620-010, a "Loan" means a sum of money lent at interest or for a fee or other charge and includes both open-end and closed-end loan transactions.

**2.2     Definition of Making a Loan.**  Pursuant to RCW 31.04.015(13) and WAC 208-620-010, "Making a Loan" means advancing, offering to advance, or making a commitment to advance funds to a borrower for a loan.

**2.3     Requirement to Obtain and Maintain a License in Accordance with the Act.**  Based on the Factual Allegations set forth in Section I above, Respondent is in apparent violation of RCW 31.04.035 and WAC 208-620-230 for engaging in the business of making secured or unsecured loans to Washington residents without first obtaining and maintaining a license in accordance with the Act or meeting an exemption from the Act under RCW 31.04.025.

**2.4     Prohibited Practices.**  Based on the Factual Allegations set forth in Section I above, Respondent is in apparent violation of RCW 31.04.027(2) and (3) for engaging in an unfair or deceptive practice toward any person and for obtaining property by misrepresentation.

//

---

[1] At least 23 of the Washington consumers are either retired or disabled military veterans.

STATEMENT OF CHARGES
No.: C-14-1449-14-SC01
Pensions, Annuities and Settlements, LLC

DEPARTMENT OF FINANCIAL INSTITUTIONS
Division of Consumer Services
150 Israel Rd SW
PO Box 41200
Olympia, WA  98504-1200
(360) 902-8703

EXHIBIT 9
182

## III. AUTHORITY TO IMPOSE SANCTIONS

**3.1    Authority to Issue an Order to Cease and Desist.**  Pursuant to RCW 31.04.093(5)(a), the Director may issue an order directing any person subject to the Act to cease and desist from conducting business in a manner that is injurious to the public or violates any provision of the Act.

**3.2    Authority to Prohibit from Industry.**  Pursuant to RCW 31.04.093(6), the Director may issue an order prohibiting from participation in the conduct of the affairs of any licensee, any person subject to this chapter for a violation of RCW 31.04.027 or failure to obtain a license for activity that requires a license.

**3.3    Authority to Impose a Fine.**  Pursuant to RCW 31.04.093(4), the Director may impose fines of up to one hundred dollars per day, per violation, upon any person subject to the Act for any violation of the Act.

**3.4    Authority to Order Refund of Fees and Interest.**  Pursuant to RCW 31.04.035(2) and RCW 31.04.093(5)(b), the Director may issue an order directing the refund of all fees and interest charged in any transaction violating RCW 31.04.035(1).

## IV. NOTICE OF INTENTION TO ENTER ORDER

Respondent's violations of the provisions of chapter 31.04 RCW and chapter 208-620 WAC, as set forth in the above Factual Allegations, Grounds for Entry of Order, and Authority to Impose Sanctions, constitute a basis for the entry of an Order under RCW 31.04.093, RCW 31.04.165, and RCW 31.04.205. Therefore, it is the Director's intention to ORDER that:

4.1    Respondent Pensions, Annuities and Settlements, LLC immediately cease and desist from making consumer loans to Washington state residents until such time as Respondent obtains a license in accordance with the Act from the Department or qualifies for an exemption from licensing as delineated in the Act;

4.2    Respondent Pensions, Annuities and Settlements, LLC be prohibited from participation, in any manner, in the conduct of the affairs of any consumer loan business subject to licensure by the Director under chapter 31.04 RCW for a period of five (5) years;

3

STATEMENT OF CHARGES
No.: C-14-1449-14-SC01
Pensions, Annuities and Settlements, LLC

DEPARTMENT OF FINANCIAL INSTITUTIONS
Division of Consumer Services
150 Israel Rd SW
PO Box 41200
Olympia, WA  98504-1200
(360) 902-8703

EXHIBIT 9

**4.3**     Respondent Pensions, Annuities and Settlements, LLC pay a fine which as of the date of this Statement of Charges totals $250,000; and

**4.4**     Respondent Pensions, Annuities and Settlements, LLC refund all fees and interest to all Washington borrowers who paid fees or interest in the amounts set forth in Appendix A and in any additional amount(s) determined at hearing.

## V. AUTHORITY AND PROCEDURE

This Statement of Charges is entered pursuant to the provisions of RCW 31.04.093, RCW

31.04.165, RCW 31.04.202, and RCW 31.04.205, and is subject to the provisions of chapter 34.05 RCW

(The Administrative Procedure Act).  Respondent may make a written request for a hearing as set forth

in the NOTICE OF OPPORTUNITY TO DEFEND AND OPPORTUNITY FOR HEARING

accompanying this Statement of Charges.

Dated this _7th_ day of May, 2014.



DEBORAH BORTNER
Director
Division of Consumer Services
Department of Financial Institutions

Presented by:

BARBARA PENTTILA
Financial Legal Examiner

Approved by:

CHARLES E. CLARK
Enforcement Chief

4

STATEMENT OF CHARGES
No.: C-14-1449-14-SC01
Pensions, Annuities and Settlements, LLC

DEPARTMENT OF FINANCIAL INSTITUTIONS
Division of Consumer Services
150 Israel Rd SW
PO Box 41200
Olympia, WA  98504-1200
(360) 902-8703

EXHIBIT 9
184